IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH REFFKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>    Defendant._____/ | No. C 04-04953 CRB<br><br>**ORDER** |

    This is an ERISA action for long term disability benefits.  Now pending before the Court are the parties' cross-motions for summary judgment.  Because the standard of review is de novo, the Court hereby converts the summary judgment proceeding to a bench trial on the administrative record.  See Kearny v. Standard Ins. Co., 175 F.3d 1084, 1094-95 (9th Cir. 1999) (en banc).  The Court will hear oral argument as previously scheduled at 10:00 a.m. on August 26, 2005.

    **IT IS SO ORDERED.**

Dated: August 15, 2005

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\4953\orderretrial.wpd